# White *v*. The State.

*Indictment for Bigamy.*

1. *Appeal from void judgment; should be dismissed.*—Judgment rendered by a court which is held at a time and place unauthorized by law, is void and appeal therefrom will be dismissed.

APPEAL from the Circuit Court of Walker.

Tried before the Hon. JAMES J. RAY.

The appellant in this case, Bob White, was indicted, tried and convicted of bigamy. The indictment was preferred by the grand jury at the spring term, 1903, of the circuit court of Walker county.

Trial was had on September 21, 1903, when Walker county constituted one of the counties in the 14th judicial circuit under the provisions of what was known as the Lusk Law redistricting the circuit courts of the State.

M. L. LEITH, for appellant.

MASSEY WILSON, Attorney-General, for the State.

DENSON, J.—Upon the authority of the case of the *State of Alabama ex rel. Attorney-General v. T. Scott Sayre, Judge,* etc., and *Henry Walker v. The State of Alabama,* decided at the present term, opinions in MSS., the judgment of this case must be reversed and the cause remanded, to the end that the circuit court may quash the indictment and hold defendant to answer a new indictment.

The defendant will remain in custody until discharged according to law.

Reversed and remanded.

MCCLELLAN, C. J., HARALSON, TYSON, DOWDELL, SIMPSON and ANDERSON, J.J., concurring.

[Kendrick v. The State.]

Rehearing granted, order of reversal set aside, and the appeal is dismissed on the authority of the case of *Henry Walker v. State,* decided at the present term.